✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name — Bar Number |
|  | Address |
|  | City — State — Zip Code |
|  | Phone Number — Fax Number |

| | |
|---|---|
| 1 | **ERICA K. ZUNKEL**<br>California State Bar No. 229285 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: erica_zunkel@fd.org |
| 5 | Attorneys for Cesar Perez-Real |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2196 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| CESAR PEREZ-REAL, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:   July 24, 2008         /s/ Erica K. Zunkel
                               **ERICA K. ZUNKEL**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Cesar Perez-Real